JS-6

# UNITED STATES DISTRICT COURT

# FOR THE CENTRAL DISTRICT OF CALIFORNIA

FAISAL KHAWAJA,

      Petitioner,

      v.

SUPERIOR COURT OF
   CALIFORNIA, COUNTY OF SAN
   BERNARDINO;
PEOPLE OF THE STATE OF
   CALIFORNIA; and
DOES 1 through 20,

      Respondents.

Case No. 5:26-cv-01925-JWH-JDE

**JUDGMENT**

Pursuant to the "Order Summarily Dismissing Petition" entered substantially contemporaneously herewith, and in accordance with Rule 58 of the Federal Rules of Civil Procedure,

It is hereby **ORDERED**, **ADJUDGED**, and **DECREED** that this action is **DISMISSED without prejudice**.

**IT IS SO ORDERED.**

Dated:___April 27, 2026_____

John W. Holcomb
UNITED STATES DISTRICT JUDGE

-2-